IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WILLIAM L. SCHENHER, JR.,

    Petitioner,

vs.                                    CIVIL ACTION NO.: CV210-112

ANTHONY HAYNES, Warden;
FEDERAL BUREAU OF PRISONS;
and UNITED STATES ATTORNEY
GENERAL,

    Respondents.

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Schenher asserts that he should be given credit towards his federal sentence for the period beginning on October 3, 2003, a date he alleges his state sentence was suspended. However, the record shows that Schener's state sentence ended on March 16, 2004. (Doc. No. 10-1, p. 31). Schenher claims that the Magistrate Judge avoided the fact that the BOP ignored the State Court orders of Concurrency. (Doc. No. 20, p. 5). However, the Magistrate Judge correctly noted that the federal government is not bound by the state court's order. Schenher reasserts that the BOP failed to follow its guidelines in denying his request for *nunc pro tunc* designation. Schenher accuses the BOP of falsifying information and facts in order to

deny his *nunc pro tunc* designation. Other than this bald assertion, Schenher includes no evidence that the BOP falsified any information or abused its discretion in denying Schener's *nunc pro tunc* request.

Schenher's Objections to the Magistrate Judge's Report and Recommendation are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Schenher's Petition is **DENIED**. The Clerk of Court is directed to enter the appropriate Judgment of dismissal.

**SO ORDERED**, this 21 day of Jan, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA